

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2016

No. 04-16-00328-CV

**IN RE COMMITMENT OF REYES MARES**,

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-15567
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Appellant has filed a motion for extension of time to file his brief and for clarification regarding typographical errors in the reporter's record. Counsel for appellant states that while reviewing the reporter's record, he "realized a typographical error . . . appears from Volume 4, Page 58 through 174, appearing oftentimes on every page of the record in those pages." According to appellant, the "error appears to replace the word 'what' each time with the word 'Doctor Arambula,' who is the State's expert in this case." Counsel for appellant states that he and counsel for the Special Prosecution Unit agree that the typographical error exists, is frequent throughout the pages, and causes confusion reading the transcription.

We GRANT appellant's motion and ORDER court reporter Mary Sasala to file an amended reporter's record correcting the typographical error on or before **October 3, 2016**. Appellant's brief will be due thirty days after the amended reporter's record is filed.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2016.

_____
Keith E. Hottle
Clerk of Court